No. 91–383.  PENNSYLVANIA DEPARTMENT OF REVENUE ET AL. *v.* BLOOMINGDALE'S BY MAIL, LTD.  Sup. Ct. Pa.  Certiorari denied.

No. 91–664.  MILLS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–1284.  INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 111 *v.* COLORADO-UTE ELECTRIC ASSN., INC., ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–1324.  CONSOL PENNSYLVANIA COAL CO. ET AL. *v.* HUGHES ET AL.;
No. 91–1561.  HUGHES ET AL. *v.* CONSOL PENNSYLVANIA COAL CO. ET AL.; and
No. 91–1681.  POLLOCK ET AL. *v.* HUGHES ET AL.  C. A. 3d Cir.  Certiorari denied.  Reported below: 945 F. 2d 594.

No. 91–1366.  DARTEZ ET AL. *v.* OWENS-ILLINOIS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–1380.  DAVID *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–1441.  SHWC, INC., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS MANAGER OF FSLIC RESOLUTION FUND AND AS RECEIVER FOR VERNON SAVINGS & LOAN ASSN.  C. A. 5th Cir.  Certiorari denied.

No. 91–1452.  CHICAGO TRIBUNE CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–1463.  SWORDS ET AL. *v.* FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR NEW ORLEANS FEDERAL SAVINGS & LOAN ASSN.  C. A. 5th Cir.  Certiorari denied.